UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EMANUEL CISNEROS,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SUNNYSIDE; SUNNYSIDE POLICE DEPARTMENT, a Washington municipal corporation; AL ESCALERA, Sunnyside Chief of Police; MIKAL AUSLAND, Sunnyside Law Officer; and JOHN DOES 1-10,<br><br>Defendants. | No. 1:16-CV-3215-SMJ<br><br>**ORDER DISMISSING CASE** |

On September 11, 2017, the parties' filed a stipulated dismissal, ECF No. 35. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED:**

   **1.** The parties' Stipulation for Order of Dismissal With Prejudice Without Costs or Attorney's Fees, **ECF No. 35**, is **GRANTED.**

   **2.** All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

   **3.** All pending motions are **DENIED AS MOOT.**

   **4.** All hearings and other deadlines are **STRICKEN.**

ORDER **-** 1

**5.** The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 12th day of September 2017.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER **-** 2